JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
THE KROGER CO.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORFA M. ARIAS DE BAIRES, individually, *Plaintiff,* <br><br> vs. <br><br> THE KROGER CO. D.B.A. SMITH'S FOOD AND DRUG; A FOREIGN CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> *Defendant.* | Case No. 2:25-cv-02205-GMN-DJA <br><br> ~~PROPOSED~~ **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **SPECIAL SCHEDULING REVIEW** |

COMES NOW Defendant, THE KROGER CO., improperly designated as THE KROGER CO. D.B.A SMITH'S FOOD AND DRUG, by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff ORFA M. ARIAS DE BAIRES, by and through her counsel, RICHARD A. ENGLEMANN, ESQ. of the law firm RYAN ALEXANDER, CHTD. and hereby submit this Stipulated Discovery Plan and Scheduling Order.

**Fed.R.Civ.P. 26(f) Conference.**

Counsel for the parties participated in a Rule 26 Discovery Conference on January 15, 2026. The conference was attended by Ryan Alexander, Esq. for Plaintiff and Jerry S. Busby, Esq. for Defendant.  At the conference, there were no discovery disputes at that time.  The parties agree to exchange their disclosure statements in a timely manner.  Because of scheduling conflicts caused by the holidays during the months of November and December and due to delays related to the law firm of RYAN ALEXANDER, CHTD. appearing in this case, Counsel were unable to conduct the FRCP Rule (26) discovery conference or begin discovery until after the beginning of the calendar year 2026.

NG-C2N3CBX6 4913-0739-1880.1

As a result, counsel request seven months from November 7, 2025, the date of removal to this Court (See ECF No. 1), to ensure the parties will have sufficient time to complete discovery. Counsel were able to hold the FRCP Rule 26(f) discovery conference on January 15, 2026 and request seven (7) months from the date of removal to complete discovery and be prepared for trial.

Finally, Counsel advise this Court that prior to removal to this Court, no discovery was conducted while the case was pending in State Court. Accordingly, at this time Counsel jointly request 210 days from November 7, 2025 to complete discovery.

Below is the parties proposed discovery schedule:

1. **Discovery Cut-Off Date:** The parties did not conduct any discovery prior to removal and are requesting 210 days for discovery from November 7, 2025, the date of removal to this Court. Thus, the parties request a discovery cut-off date of Monday, June 5, 2026 – 210 days after removal.

2. **Amending the Pleadings and Adding Parties:** The parties request that all motions to amend the pleadings or to add parties be filed no later than March 9, 2026 – 88 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P. 26(a)(2) Disclosures (Experts):** The parties request the disclosure of experts be made on or before April 6, 2026 – 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by May 6, 2026 – 30 days after the initial disclosure of experts.

4. **Dispositive Motions:** The date for filing dispositive motions shall be no later than July 6, 2026 – 31 days after the proposed discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

5. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than August 5, 2026 – 30 days after the cut-off date for filing dispositive motions.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan

NG-C2N3CBX6 4913-0739-1880.1

and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

7. **Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration.

8. **Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

9. **Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding use of electronic evidence but will address this issue again in the Pre Trial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4913-0739-1880.1

10.    **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline, unless supported by a showing of good cause.  Requests to extend discovery deadlines must comply fully with LR 26-3.

DATED this 19th day January, 2026.                   DATED this 19th day of January, 2026.

**RYAN ALEXANDER, CHTD.**                        **COOPER LEVENSON, P.A.**

*/s/ Richard A. Englemann*                              */s/ Jerry S. Busby*

RICHARD A. ENGLEMANN, ESQ.                JERRY S. BUSBY, ESQ.
Nevada Bar No. 06965                              Nevada Bar No. 01107
3017 West Charleston Blvd., Suite 10        3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102                        Las Vegas, Nevada 89102
(702) 333-8888                                        (702) 366-1125
Attorneys for Plaintiff                             Attorneys for Defendant
ORFA M. ARIAS DE BAIRES                     THE KROGER CO.

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  1/21/2026

NG-C2N3CBX6 4913-0739-1880.1