JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
THE KROGER CO.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORFA M. ARIAS DE BAIRES, individually,<br>*Plaintiff,*<br><br>vs.<br><br>THE KROGER CO. D.B.A. SMITH'S FOOD AND DRUG; A FOREIGN CORPORATION; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>*Defendant.* | Case No. 2:25-cv-02205-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel of record for Defendant THE KROGER CO. and Richard A. Englemann, Esq. of the law firm of RYAN ALEXANDER, CHTD. as counsel of record for Plaintiff ORFA M. ARIAS DE BAIRES as follows:

1.      That the claims herein of Plaintiff ORFA M. ARIAS DE BAIRES against Defendant THE KROGER CO. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

//

//

//

2.    That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

DATED this ___ day of June, 2026.          DATED this 3rd day of June, 2026.

**RYAN ALEXANDER, CHTD.**                  **COOPER LEVENSON, P.A.**

/s/ _____                 /s/ _____

RYAN ALEXANDER, ESQ.                       JERRY S. BUSBY, ESQ.
Nevada Bar No. 10845                       Nevada Bar No. 01107
RICHARD A. ENGLEMANN, ESQ.                 POOJA KUMAR, ESQ.
Nevada Bar No. 06965                       Nevada Bar No. 12988
3017 West Charleston Boulevard, Suite 10   3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102                    Las Vegas, Nevada 89102
(702) 333-8888                             (702) 366-1125
Attorneys for Plaintiff                    Attorneys for Defendant
Orfa M. Arias de Baires                    The Kroger Co.

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be dismissed with prejudice, with each party to bear their own fees and costs. The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATE: _____ June 4, 2026 _____

NG-C2N3CBX6 4912-9234-7512.1

2